USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| MARCO ARPI, *ET AL.*, | : | 17Cv-5606 (SHS) |
| Plaintiffs, | : | |
| -against- | : | ORDER |
| NEIL GELARDO, *ET AL.*, | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

In light of defendants Neil Gelardo's and Juan Luis Larino's bankruptcy filings

[Doc. Nos. 30 and 51],

IT IS HEREBY ORDERED that this action is stayed as against Neil Gelardo and

Juan Luis Larino in light of the automatic stay pursuant to 11 U.S.C. § 362.

Dated: New York, New York
November 14, 2019

SO ORDERED:

Sidney H. Stein, U.S.D.J.