UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARCO ARPI, individually and on behalf :    17-Cv-5606 (SHS)
of all others similarly situated, *ET AL.*,

          Plaintiffs, :

      -v- :    <u>ORDER</u>

NEIL GELARDO, JUAN LUIS LARINO,
*ET AL.*, :

          Defendants. :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     On January 10, 2020, plaintiffs filed a notice of voluntary dismissal as to defendants Larino Masonry Inc., L and G Masonry Corp., and D and G Masonry Corp., dismissing this action without prejudice against those defendants and staying the action as to defendants Neil Gelardo and Juan Louis Larino "pending the outcome of their individual bankruptcy proceedings." On March 11, 2021, the Court's deputy wrote plaintiff's attorney requesting that a status report be filed on ECF. To date, no such status report has been filed. Accordingly,

     IT IS HEREBY ORDERED that this action is dismissed without prejudice against defendants Neil Gelardo and Juan Luis Larino for failure to prosecute. The Clerk of Court is directed to close this action.

Dated: New York, New York
        October 4, 2021

                                       SO ORDERED:

                                       Sidney H. Stein, U.S.D.J.